■ GERALD A. HARLEY et al., Appellants, v WALTER S. GIFFORD, JR., et al., Respondents.—Appeal from an order of the Supreme Court at Special Term, entered January 9, 1978 in Rensselaer County, which granted defendants' motion to dismiss plaintiffs' complaint. Since we affirmed the dismissal of defendants' action in Gifford v Harley (62 AD2d 5), we thus consider the merits and find that no causes of action are stated. Order affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Main and Mikoll, JJ., concur.

■ In the Matter of BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, et al., Respondents, v ARTHUR LEVITT, as Comptroller of the State of New York, et al., Appellants.—Appeal, by permission, from an order of the Supreme Court at Special Term, entered March 4, 1978 in Albany County, which denied appellants' motion to dismiss petitioners' application, in a proceeding pursuant to CPLR article 78, seeking to review a determination of appellant Comptroller denying reimbursement of certain costs during the period 1966-1972, and to compel appellants to restore the amount of State aid involved. Order affirmed, with costs, on the opinion of Hughes, J., at Special Term. Greenblott, J. P., Sweeney, Kane, Main and Mikoll, JJ., concur.